UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE G. PURNELL,<br><br>              Plaintiff,<br><br>      v.<br><br>EQUIFAX INC., et al.,<br><br>              Defendants. | No. 1:20-cv-00805-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 4) |

Plaintiff Georgette G. Purnell, proceeding *pro se* and *in forma pauperis*, initiated this civil action on June 8, 2020. (Doc. No. 1.) On July 7, 2020, the assigned magistrate judge screened plaintiff's complaint and issued findings and recommendations recommending dismissal of this action with prejudice. (Doc. No. 4.) The findings and recommendations were served on plaintiff with instructions that any objections thereto must be filed within fourteen (14) days after service of the order. (*Id.*) The time for objections has passed and no objections have been filed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

---

[1] In lieu of objections, plaintiff filed a notice of appeal on August 14, 2020. (Doc. No. 6.) The United States Court of Appeals for the Ninth Circuit dismissed the appeal for lack of jurisdiction on September 17, 2020 and issued its formal mandate on October 9, 2020. (Doc. Nos. 10, 11.)

Accordingly,

1. The findings and recommendations issued on July 7, 2020 (Doc. No. 4) are adopted in full;
2. This action is dismissed with prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 7, 2020**

UNITED STATES DISTRICT JUDGE